# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROSSFIT, INC., | ) Civil Action No. 1:13-cv-11498-FDS |
| Plaintiff, | ) |
| v. | ) |
| DONNY MUSTAPHA, individually and d/b/a CHELMSFORD SPORTS CLUB, | ) |
| Defendants. | ) |

## AFFIDAVIT OF DONNY MUSTAPHA

I, Donny Mustapha, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the named defendant in this action. I am also the owner of the Chelmsford Sports Club (the "Club"), the other defendant in this action, and I am authorized to make this affidavit on its behalf. I am writing this affidavit in response to the motion for a Preliminary Injunction by CrossFit, Inc. ("Plaintiff") jointly against The Club and myself personally. I make this affidavit on the basis of my personal knowledge, based on my experience, duties and responsibilities involving the Club.

### Plaintiff's Affiliate Trademark Licensing Program

2. Plaintiff is a company whose business is almost exclusively limited to two sources of revenue: trademark licensing fees paid by affiliate gyms (also referred to as "boxes") and tuition charges for trainer certification seminars paid by prospective affiliates.

> The company gets a trickle of royalties from Reebok, which started selling CrossFit-branded gear in 2010, and some more from tickets and registration fees to its annual CrossFit Games tournament. But the two primary sources of revenue, are education and licensing fees. CrossFit runs at least 15 seminars a weekend, hosted at existing CrossFit boxes, where the company's red-shirted training staff (most of them box owners themselves) explain the CrossFit philosophy, demonstrate the nine fundamental movements (variations of squats and power

    lifts), and show how to design a WOD ["workout of the day"] and teach CrossFit to beginners. Attendees must also complete Fran, one of CrossFit's most grueling workout routines. Tuition is $1,000, and passing the standardized test on the last day allows you to become a Level 1 Certified Trainer, which lets you open a box and teach CrossFit professionally. Then there is licensing: Once a trainer opens a box, he or she must pay CrossFit an annual fee, now $3,000, to advertise the box as a CrossFit gym and to teach the methodology.

Burt Helm, "CrossFit Doesn't Want Your Money," *Inc.* (July/Aug. 2013), available online at http://www.inc.com/burt-helm/crossfit-business-model.html. Attached hereto as Exhibit A is a true and correct copy of that article.

3. Plaintiff has grown exponentially through an aggressive affiliate licensing campaign. "In 2004, [Plaintiff] ... formalized the affiliation process. ... In two years, the number of CrossFit boxes grew from three to more than 50." Burt Helm, "Do Not Cross CrossFit," *Inc.* (July/Aug. 2013), available online at http://www.inc.com/magazine/201307/burt-helm/crossfit-empire.html. Attached hereto as Exhibit B is a true and correct copy of that article. According to that article, Plaintiff is projected to have 10,000 affiliated gyms by the end of 2013, and its "revenue (set to double this year, to $100 million) is fueled almost completely by CrossFit's rampant proliferation."

4. As that article states, "This was growth without a safety net: Anyone who passed [Plaintiff's] two-day seminar could apply to open a box, call it CrossFit, and then rush paying customers through squats and snatches or whatever crazy WOD they dreamed up." Plaintiff's only affiliation requirements are that a trainer must attend a two-day Level 1 Training certification seminar, pass a standardized test, fill out an application, and write an essay, and the gym must pay an annual affiliation fee, obtain professional and general liability insurance coverage, and set up a website with a link to Plaintiff's publication CrossFit Journal on its

homepage. Attached hereto as Exhibit C is a true and correct copy of the "How to Affiliate" page from Plaintiff's website, available online at http://www.crossfit.com/how-to-affiliate.

5. Attached hereto as Exhibit D is a true and correct copy of Plaintiff's license agreement with its affiliate in Sunrise, Florida, posted online by the Sunrise City Commission at http://agenda.sunrisefl.gov/public/AttachmentViewer.aspx?AttachmentID=8826&ItemID=2812. Plaintiff's standard affiliate agreement grants affiliate sa license "to use the CrossFit name, trademarks, trademarks, trade names, service marks or logos." Ex. D, at § 1.1(a).

6. Robb Wolf, the author of *The Paleo Diet Solution*, also operated one of Plaintiff's first affiliates. Wolf was publicly drummed out of the CrossFit business after a 2009 affiliate summit, from which he reported that another affiliate's owner and founder had addressed

> the issues of quality control in CF and what role CrossFit HQ would play in this process. In short CF HQ will play "no" role in the quality control of affiliates. The most public explanation of this position is an open market "cream rises to the top" philosophy, however the legal/business anchor for this position is that any attempts on HQ's part to police or institute best practices would put the organization into a franchise scenario.

Robb Wolf, "The Black Box Summit Or How I Got Fired From The CrossFit Nutrition Certification," available online at http://robbwolf.com/2009/11/24/the-black-box-summit-or-how-i-got-fired-from-the-crossfit-nutrition-certification/. Attached hereto as Exhibit E is a true and correct copy of that article.

7. Many affiliate owners and employees have complained that Plaintiff's certification and licensing process lets unqualified coaches open and operate affiliates. At the fitness website Breaking Muscle, Mike Tromello, a coach and programming director at Precision CrossFit in Agoura Hills, California, wrote that "anyone can open a gym these days. There are no checks and balances. ... The product is getting watered down by these inexperienced trainers ...":

> **I mean let's face it - anyone can open a gym these days.** There are no checks and balances. All you need is $4,000 to cover your Level 1 certification, and pay for your affiliation. Then blamo, you can open a CrossFit. ... This certification alone does not prepare you to understand programming, modalities, movement patterns, periodization, mobility, proper lifting technique, etc. You need more education. It is a good cert to prepare you to work under someone, but not to open up your own box.
>
> **CrossFit has exploded in the past few years, and now it seems as if everyone out there is opening up his or her own gym.** The product is getting watered down by these inexperienced trainers thinking they know what they are doing, when they know absolutely nothing. ...

Mike Tromello, *CrossFit Doesn't Hurt - Bad Coaching Hurts*, Breaking Muscle (Feb. 1, 2013) (emphasis in original), available online at http://breakingmuscle.com/crossfit/crossfit-doesnt-hurt-bad-coaching-hurts. Attached hereto as Exhibit F is a true and correct copy of that article.

8. Affiliates must have a Level 1 Certified trainer, but not all trainers at an affiliate need to have even that level of preparation. The FAQ page on Plaintiff's website pertaining to affiliation (available online at http://www.crossfit.com/cf-info/faq.html#Affiliates35) explains that an uncertified trainer "may instruct as an apprentice, under the mentoring of an L1 Certified CrossFit trainer. ... Apprentice (non-L1 certified) trainers may work under the direct supervision of a certified L1 trainer prior to obtaining their L1 certification." Attached hereto as Exhibit G is a true and correct copy of that section of Plaintiff's FAQ page.

9. Because not all trainers at affiliate gyms are certified, at least one affiliate (CrossFit Forney, in Forney, Texas) warns potential customers comparing gyms:

> Make sure your coach is CrossFit Level 1 certified!  Yes, there are gyms that have "coaches" that aren't certified. You wouldn't let a fake doctor treat you so don't let a fake coach train you. ... Do you really want a coach that was never an athlete in another CrossFit gym? Do you want to be coached by someone that just got their CrossFit Level 1 certification and then decided to open up their own CrossFit gym? Yes that is happening!  A question that is asked at every CrossFit Level 1 Certification is "How many here have never done CrossFit? If so raise

your hand." Believe it or not lots of hands go up every time. Do you want one of these people coaching you? If a coach was never part of another CrossFit gym before opening one, chances are that gym will operate poorly compared to most CrossFit gyms.

CrossFit Forney, "Picking a CrossFit Gym" (July 16, 2012), available online at http://www.crossfitforney.com/2012/07/picking-crossfit-gym.html. Attached hereto as Exhibit H is a true and correct copy of the CrossFit Forney article.

10. Affiliate owners and members have discussed the issue of uncertified trainers on a discussion board on Plaintiff's website. Attached hereto as Exhibit I is a true and correct copy of the discussion board, available online at http://board.crossfit.com/showthread.php?t=79529. Yandy Roman, the owner of CrossFit Muscle Farm in Fort Lauderdale, stated: "the box that is our conpetition doesnt have 1 certified level 1 trainer not even the so called owner. He partnered up with someone else to open the box. The other guy does the programing for all of their boxes without knowing what kind of atheltes he has over there ect. They get away with it because headquarters doesnt care." Brian Strump, founder and owner of CrossFit Steele Creek in Charlotte, North Carolina, responded: "This actually isn't true. It's that HQ cannot police each affiliate. They rely on others to make then aware of such issues, and then they will respond." When another commenter wondered "why HQ can't keep track of all this ... does it take anything more than an excel spreadsheet?," Sean Dunston (head coach at Mount Vernon CrossFit in Alexandria, Virginia) responded, "There are 5,000 affiliates worldwide now. For hq to police what you suggest would be next to impossible, let alone being incredibly impractical for the affiliate owners." Ex. I.

11. Plaintiff's general counsel has conceded that Plaintiff does not even require a background check for affiliate owners. "Dale Saran, general counsel for CrossFit, said the company does not require a background check but 'we do have a process through which people become

CrossFit affiliates [that] includes a personal essay.'" Dave Altimari, "Police: Firefighter Who Killed Self Knew He Was Target of Sex Probe," *The Hartford Courant* (Aug. 2, 2012), available online at http://articles.courant.com/2012-08-02/news/hc-firefighter-suicide-0803-20120802_1_state-police-crossfit-affiliates-firefighter. Attached hereto as Exhibit J is a true and correct copy of the *Courant* article.

### The Club's Application for Affiliation

12. The Club is a group training facility that offers a variety of training programs, including Junior Boxing, Boxing Boot Camps, Hot Yoga and a High Intensity Crossfit Style Program. The Club was founded in June 2012.

13. Upon opening the Club in June, I planned to seek affiliation for the Club, and entered into an partnership agreement with Ronnie Breire in order to affiliate. Mr. Briere had sufficient knowledge of Plaintiff and had been member of Plaintiff's Worcester affiliate for two years. Under the agreement, Mr. Breire was to become a certified trainer and manage CrossFit training programs through the Club. Mr. Breire also leased CrossFit-related training equipment for use in the Club, which was going to be paid through the Club.

14. Mr. Breire attended a Level 1 Certificate Course in June 2012, but failed the written exam. When he was next eligible to take the exam in September 2012, he failed again.

15. After Mr. Briere's second failure, the Club and Mr. Briere entered into a partnership with Dolce Sanchez, a Level 1 certified trainer, in order to obtain affiliation. The Club jointly applied for affiliation with Mr. Breire and Mr. Sanchez in September 2012. Plaintiff responded by listing Plaintiff's insurance requirements, the next step toward affiliation. Attached hereto as Exhibit K is a true and correct copy of a September 11, 2012 email from Danielle Hale, of Plaintiff's Affiliate Support department, to me and Mr. Sanchez. I made

several attempts to contact Ms. Hale to ascertain the status of the affiliation between September and November 2012, with no response from Ms. Hale or Plaintiff.

16. In the meantime, Mr. Briere began offering classes at the Club. He assured me that the Club could advertise CrossFit classes, as long as it was made explicit that the Club was not an affiliate gym. I have dedicated my life to a career in the fitness industry, and based on my knowledge and experience, this explanation made perfect sense to me at the time, and I accepted his assurance. In part, my understanding was based on developments in the Bikram Yoga copyright case, which I was following because of its relevance to the Club, which offers Hot Yoga courses.

17. Plaintiff finally responded to me in November 2013 claiming that we had infringed on their trademark and our application was denied. Upon learning of Plaintiff's position, I sent an apology to Plaintiff. The Club was placed under a 40-day suspension during which time it would not be reviewed for affiliation. We revised our website and advertising to remove any reference to Plaintiff and/or CrossFit.

18. Mr. Breire and I reapplied for affiliation. In response, Danielle Hale informed me that I could not be part of the affiliation process, which could only be done through Mr. Briere. Mr. Breire then informed me that Plaintiff would not affiliate the Club, and that he could not be affiliated if he had anything to do with me or the Club.

19. I stopped pursuing direct affiliation with Plaintiff. In January 2013, believing in good faith that he had been granted affiliation by Plaintiff, I signed an agreement with Mr. Briere leasing him space at the Club. Mr. Briere began running programs under the trade name Crossfit Objective at the Club.

20. In late January and early February 2013, Plaintiff's legal assistant Mojda Nafadi sent several emails to the Club regarding trademark infringement and requesting that the Club cease and desist. Najafi Aff. ¶ 13 & Exs. G & H. However, those emails were addressed to a former manager of the Club, leading to a delayed response. When I approached Mr. Breire about the emails, he continued to represent that Crossfit Objective had been affiliated, and said that he would provide proof of affiliation. We planned to meet on February 16, 2013, at which time Mr. Breire was also supposed to provide the Club with the agreed upon payment for his rental of the space. Instead, Mr. Breire entered the Club with fourteen corrections officers (his co-workers at Concord Correctional Facility) and removed all of the Club's CrossFit equipment by force. *See* Najafi Aff. Ex. I.

21. Since February, Mr. Breire has opened a gym in Dracut, Massachusetts, holding himself out as the owner, trainer, and the affiliation holder of CrossFit Objective. Attached hereto as Exhibit L is a true and correct copy of the Trainers page of the CrossFit Objective website, available online at http://crossfitobjective.net/trainers/.

22. On February 17, 2013, I contacted Ms. Najafi with some insight as to what had happened, hoping to clear myself and the Club of any infringement committed by Mr. Briere. I provided Plaintiff with a copy of my lease agreement with Mr. Briere and a copy of a credit card statement showing that he had been billing his customers under the trade name Crossfit Objective from his iPhone. *See* Najafi Aff. Ex. I.

23. On February 19, 2013, as I cooperated with Plaintiff in clearing up any allegedly infringing references remaining on the website, I again enquired with Plaintiff about affiliating through another Level 1 certified trainer, asking Ms. Najafi, "How quickly can he get affiliated with CrossFit so we can try to fix the mess that Mr. Briere left behind here." Najafi Aff. Ex. I.

24. On February 25, 2013, Ms. Najafi sent me an email confirming that "all mention of CrossFit has been removed from your website and facility." Najafi Aff. Ex. I. Ms. Najafi thanked me for my cooperation and provided further information about the affiliation process. *Id.*

25. I was told no special conditions would be made and it would take 6 weeks.

26. After doing my own research on trademark law, I reached the good faith conclusion that it would not infringe Plaintiff's trademark to advertise "Crossfit Style" classes without claiming to be sponsored by or affiliated with Plaintiff, and to advertise the Club's services as "Not Crossfit." The Club began marketing itself in that fashion. I believe, in good faith, that this is legally permissible.

27. The Club takes precautions to ensure that every member knows that the Club is not sponsored by or affiliated with Plaintiff. The Club's membership agreement explicitly states:

> The Chelmsford Sports Club specializes in High Intensity Crosstraining programs. The Chelmsford Sports Club offers a Crossfit Style program wich utilizes basic Crossfit movements as the core of the program. The Chelmsford Sports Club is in no way affiliated with Crossfit and makes no claim that our Crossfit Style Training program is Crossfit.

Attached hereto as Exhibit M is a true and correct copy of the Club membership agreement.

### Plainitff's Social Media Attack

28. Plaintiff operates a Facebook account under the name CrossFit Rip-off Report that it uses to discuss allegations of trademark infringement. On August 21, 2013, using that account, Plaintiff posted a question on the Club's Facebook page: "What do you plan on doing with all of your 'CrossFit' branded equipment when you get a cease and desist letter from CrossFit Inc. asking you to stop stealing their trademark? Just curious, thanks." We had the post deleted and banned the CrossFit Rip-off Report account from posting on the Club's page. Plaintiff then posted a picture of the deleted post on its CrossFit Rip-off Report's Timeline Photos page, with an open invitation for Plaintiff's followers to generate new posts

on the Club's Facebook page: "We asked a simple question, but our post was deleted and we were banned from Chelmsford Sports Club's Facebook page. If you post your own comments on their page, send us a screenshot." Attached hereto as Exhibit N is a true and correct copy of that post on the Timeline Photos page, available online at https://www.facebook.com/photo.php?fbid=291152367692401&set=a.266936840113954.10 73741828.220163021458003&type=1.

29. That post launched a flood of over 1,000 posts and comments on the Club's Facebook page and other online forums over the next four days, impugning me and the Club. Many of the comments came as part of an apparently coordinated social media attack by owners and trainers of Plaintiff's affiliates. Some of those comments were made by Nicole Brodeur, the owner of CrossFit 2A in Acton, Massachusetts; Sean Osborne, head trainer at CrossFit Lowell, and Angela Chouinard, coach/trainer at CrossFit603 in Hudson, New Hampshire. *See* Najafi Aff. ¶¶ 31-32 & Exs. AA-BB.

30. Several of the comments threatened violence against Mustapha and the Club's employees and members. For example, on August 23, 2013, Dale Saran, Plaintiff's general counsel, posted a threatening comment on the Club's Facebook page: "We are already in a lawsuit against Chelmsford. ... I wish I could just send in our team of ninjas in the night to slit a few throats and leave a love note, but that's not terribly productive (or, strictly speaking, legal)." Attached hereto as Exhibit O is a true and correct copy of Mr. Saran's comment.

31. In the wake of this social media attack and threats of physical violence, some Club members terminated their membership in fear.

**Plaintiff's Failure to Monitor the Quality of Services Provided Under Its Mark By Affiliates**

32. Plaintiff does not impose quality control on the services that affiliates provide under its CrossFit mark. instead, it treats each gym as an "open source" laboratory for affiliates to devise their own variety of exercise routines. Brian Mulvaney, Plaintiff's "chief strategist," has embraced this concept. *See* Brian Mulvaney, "CrossFit: An Open Source Model," *CrossFit Journal* (July 2005), available online at http://library.crossfit.com/free/pdf/07_05_OpenSource_Mulvaney.pdf. Attached hereto as Exhibit P is a true and correct copy of Mr. Mulvaney's article.

33. Some affiliates celebrate this methodology, as seen in an article on the website of Practice CrossFit ("PCF"), an affiliate in Troy, Ohio:

    > In light of what we know today, I feel we do our best to present the CF beauty. This isn't the only way, or even the best. It is one expression, and I can assure you is that this expression, as is our diet expression, is incredibly different from what was expressed three years ago. I am happy to look back at our mistakes, and see how far we have come, and cannot thank those enough who have come with us along the way. This change is, simply, a sign of improvement; a sign of truly living up to the charter of CrossFit which begs us to always employ what works best, never settling for good enough. …
    >
    > The best thing about standards is that there are so many to choose from. If PCF's way doesn't seem like a good fit for you, [] take a look around. There may be somewhere else that is.

    Practice CrossFit, "A PCF Guide To A Day Of Training," available online at http://gopractice.biz/getting-started/a-pcf-guide-to-a-day-of-training/. Attached hereto as Exhibit Q is a true and correct copy of the Practice CrossFit article.

34. However, many affiliates duly note the inconsistency and unreliability resulting from Plaintiff's lack of oversight and quality control. As CrossFit Rumble, in Hyannis, Massachusetts states,

    > Are all CrossFit Gyms the same? NO! Absolutely not! While all CrossFit gyms (aka boxes) will meet the same minimum requirement; which is having all their

coaches get CrossFit Level 1 certified. After receiving this certification, CrossFit owners/trainers are pretty much allowed to run their boxes anyway they want.

CrossFit Rumble, "Is CrossFit for me?," available online at http://www.silvabackathletics.com/p/is-crossfit-for-me.html. Attached hereto as Exhibit R is a true and correct copy of the Practice Rumble article. CrossFit Forney raises the same issue, in the same words. See Ex. H. Similarly, the FAQ page for the website of CrossFit Southie in South Boston (available at http://crossfitsouthie.com/faq-2) notes,

> All CrossFit gyms are individually owned and operated, we are not a franchise. …
>
> What does this mean to you? You should check out the facilities, the coaches, and the classes.
>
> Some gyms may omit Olympic weightlifting, gymnastics and other modalities. Some programs are based on body weight only. The experience and skill level of coaches and trainers also vary.  Are you just paying for someone to tell you what to do (definitely NOT the same as someone showing you what and how; and getting you to understand why)?  Is there real coaching going on?  Are you learning new skills and moving forward?
>
> So again, we are all similar, but can be vastly different. ...

Attached hereto as Exhibit S is a true and correct copy of the CrossFit Southie FAQ page.

35. In 2009 John Sheaffer, the disenchanted owner of Plaintiff's Philadelphia affiliate, described his reasons for resigning his affiliation: "First and foremost, my resignation was fueled by my observation of the precipitous decline in the quality of the average CrossFit affiliate." John Sheaffer, "Why I Resigned my Affiliation with CrossFit" (Oct. 2, 2009), available online at http://greyskullarticles.blogspot.com/2009/10/recently-ive-received-lot-of-emails.html. Attached hereto as Exhibit T is a true and correct copy of Sheaffer's blog post.

36. Addressing Sheaffer's critique on a discussion board on Plaintiff's website, Steve Loeding, the owner and trainer of the Top Gun CrossFit affiliate in Minneapolis, agreed that granting

> a Level 1 Cert, where there is no testing, no practice coaching, no standards, and then allowing us to open a box does lead to potential dilution of the CrossFit

> brand. Two days at a cert does not make someone a good coach or get someone ready to be a good coach. ... I just have a feeling that perhaps it has gotten too big, too mainstream, without any checks and balances. Of course, that's also why we are affiliates, not franchises - we are allowed to run our boxes in the way that we see fit - in our own idea of CrossFit - is this what dilutes the CrossFit name ??

Steve Loeding, "Re: Huge Decline in Quality," (Oct. 9, 2009), available online at http://board.crossfit.com/showpost.php?p=677376&postcount=95. Attached hereto as Exhibit U is a true and correct copy of Loeding's board post.

37. Plaintiff's customers have seen the same decline in quality and attributed it to the same factors: minimal certification and affiliation requirements, lack of standards, and overly rapid expansion. As Brook Ross wrote on the health and wellness website Livestrong.com,

> [D]ue to its extensive popularity, many CrossFit gyms have diluted the system ... The problems stem from inexperienced trainers. CrossFit level-1 trainers are certified after completing a two-day seminar and 50-multiple-choice-question exam. That's all you need to open up a CrossFit gym and start training as many athletes as you want. ... with a certification and affiliation so simple to attain, the program's becoming diluted with inexperienced trainers who are hurting people.
>
> The real question is: Can the growing CrossFit industry slow down to make sure its trainers are adequately prepared to train their clients? According to CrossFit headquarters, 150 applications arrive every month, which amounts to about five CrossFit affiliated gyms per day, assuming all applications are accepted. To put in perspective, in 2006, Starbucks set up an average of six stores per day.
>
> CrossFit trainers and affiliates simply sign up to affiliate after receiving their level-1 certification and pay a monthly fee from then on out. There are never calls from headquarters pushing for further education or refresher courses.
>
> [W]hile CrossFit motivates its followers to exercise, the growing fear is that the current model and lack of monitoring is more likely to build broken bodies than create a healthier nation.

Brooke Ross, "The Controversy Behind CrossFit," Livestrong.com (May 6, 2013), available online at http://www.livestrong.com/article/545200-the-fall-of-fitness/. Attached hereto as Exhibit V is a true and correct copy of Ross's article.

## Plaintiff's Trademark Has Become Generic

38. CrossFit offers an intense exercise program whose specific programming varies widely from gym to gym. Since Plaintiff's rapid, global expansion through the fitness industry, "CrossFit" has been widely used as a generic shorthand term for such an intense exercise program. That variety contributes to the term's genericness. John Sheaffer, when he explained resigning his affiliation, described a flood of recent affiliates with under-qualified trainers weakening the brand by offering "a one size fits all exercise prescription for all who walk in the door. … Meanwhile, down the street is a serious facility where serious training occurs … Problem is that both facilities share 'CrossFit' as a part of their business name, and as such become universally interchangeable to the layperson." Ex. T.

39. It is my understanding and belief that a trademark can become generic when it is commonly used in a verb sense, such as "to Crossfit." That is a common problem for Plaintiff's trademark. For instance, affiliate Practice CrossFit's website FAQ page (available online at http://gopractice.biz/faq/) refers to "CrossFitting"; it further asks, "Can I CrossFit?" and answers, "YES!" Attached hereto as Exhibit W is a true and correct copy of Practice CrossFit's FAQ page.

40. A recent article on the *Boston Magazine* website refers to "Crossfit" generically to describe generally a type of exercise, even when not offered by Plaintiff or its affiliates. See Jenni Whalen, "Functional Fitness Trend Spreading to Boston Area Gyms," *Boston Magazine* (June 20, 2013), available online at http://www.bostonmagazine.com/health/blog/2013/06/20/crossfit-concept-heads-to-boston-gyms/. Attached hereto as Exhibit X is a true and correct copy of the article. The article reported that non-affiliate Boston Sports Club will be offering consumers "a chance to try out

the high-intensity trend"; "if you've always secretly wanted in on the CrossFit trend, but thought it may be too intense for you, here's your opportunity to try it out in a slightly less intimidating way." *Id.*

41. Plaintiff's affiliates often use the term in a generic sense. CrossFit NYC offers instruction in "How to CrossFit," as seen online at http://www.crossfitnyc.com/2013/08/06/how-to-crossfit/. Attached hereto as Exhibit Y is a true and correct copy of CrossFit NYC's "How to CrossFit" page. CrossFit Portland (of Portland, Oregon) coach Rochelle Hagnas discusses "How to CrossFit During Pregnancy" in a blog post available online at http://www.crossfitportland.com/archives/9540. Attached hereto as Exhibit Z is a true and correct copy of Ms. Hagnas's "How to CrossFit During Pregnancy" post.

### Plaintiff Has Not Proffered Valid Evidence of Actual Confusion

42. Among the online comments that Plaintiff contends are evidence of "actual confusion" is a statement by a Club member, Michelle Chagnon. Ms. Chagnon is not, and has never been, actually confused by the Club's descriptions of its services. Attached hereto as Exhibit AA is a true and correct copy of a letter by Ms. Chagnon dated September 10, 2013. Before she signed up as a member, I clearly explained to her that the Club offers "a Crossfit Style program," but that the Club "was in no way associated with Crossfit." Ex. AA. In addition, before she signed up, I directed her to the disclaimer on the membership agreement that draws the same distinction. *Id. See also* Ex. M hereto (Club membership agreement, including disclaimer: "The Chelmsford Sports Club is in no way affiliated with Crossfit and makes no claim that our Crossfit Style Training program is Crossfit.").

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 12, 2013.

By: _____
Donny Mustapha
on behalf of hinself and
Chelmsford Sports Club