UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CROSSFIT, INC., | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. |
| v. | ) 13-11498-FDS |
| DONNY MUSTAPHA and CHELMSFORD SPORTS CLUB, | ) |
| Defendants. | ) |

### PRELIMINARY INJUNCTION ORDER

**SAYLOR, J.**

After a hearing, for good cause shown, and pursuant to Fed. R. Civ. P. 65, defendants Donny Mustapha and Chelmsford Sports Club are hereby preliminarily restrained and enjoined as follows:

1. For the purposes of this Preliminary Injunction Order, the following definitions shall apply:

    a. "Defendants" shall mean Donny Mustapha and the Chelmsford Sports Club.

    b. The "Protected Mark" shall mean "CROSSFIT," including any substantially similar variation, such as "CrossFit" or "Cross Fit."

    c. "Fitness Training Services" shall mean any training, coaching, or education services concerning physical fitness or exercise.

    d. "Advertisement" shall mean any advertisement, flyer, brochure, billboard,

       display, direct mailing, television commercial, radio commercial, or similar communication of marketing, advertising, sales, or promotional information or materials directed to the general public or segments of the general public.

2. Defendants shall not use or display the Protected Mark in connection with the provision of Fitness Training Services.

3. Defendants shall not use or display the Protected Mark in any Advertisement for Fitness Training Services.

4. Notwithstanding the foregoing, Defendants may use or display the Protected Mark if legally permissible as a nominative fair use.  If Defendants intend to make a nominative fair use of the Protected Mark in connection with the provision of Fitness Training Services, they shall provide a copy of each such proposed use to counsel for plaintiff no less than ten days before the actual use, so that the parties may have an opportunity to negotiate a resolution of any dispute or, if necessary, to contest the legality of the use before this Court.

5. This Order is binding upon Defendants and their agents, servants, and employees, and upon all persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise.

6. This Order shall take effect upon the posting of a bond as set forth below, and shall remain in effect until the conclusion of the trial of this matter; provided, however, that it may be dissolved or modified upon appropriate motion and a showing of good cause to this Court.

7.      Plaintiff shall post a bond in the amount of $75,000 as soon as reasonably practicable after entry of this Order.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:  September 30, 2013, 12:15 p.m., at Boston, Massachusetts