UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CROSSFIT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO. 13-11498-FDS |
| | ) | |
| DONNY MUSTAPHA, individually, | ) | |
| and d/b/a CHELMSFORD SPORTS | ) | |
| CLUB, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER REGARDING CROSSFIT'S
## MOTION FOR A FINDING OF CONTEMPT
## AND MODIFICATION OF PRELIMINARY INJUNCTION

This matter is before the court on "CrossFit's Motion for a Finding of Contempt and Modification of Preliminary Injunction" (Docket No. 32). After consideration of the parties' written submissions and oral arguments, it is hereby ORDERED as follows:

1. This court has taken the plaintiff's motion for a finding of contempt and modification of the preliminary injunction under advisement.

2. The plaintiff shall send the defendant a proposal describing the objections it has to the defendant's website and proposing specific changes to the content of the website.

3. The parties shall work together to attempt to resolve any differences regarding the content of the defendant's website, and they shall notify the court if they are able to reach agreement. If no agreement has been reached, the defendant shall file a

motion with the court describing his objections to the plaintiff's proposed changes and the basis for those objections within **ten (10) days** after negotiations are unsuccessful.

          / s / Judith Gail Dein
          Judith Gail Dein
          U.S. Magistrate Judge

DATED:  December 20, 2013