# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| CROSSFIT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-11498 |
| | ) | |
| DONNY MUSTAPHA, individually, and | ) | |
| d/b/a CHELMSFORD SPORTS CLUB, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CROSSFIT'S MOTION TO MODIFY PRELIMINARY INJUNCTION

Plaintiff CrossFit, Inc. hereby moves to modify the Preliminary Injunction entered by the Court on September 30, 2013 against Defendants Donny Mustapha, individually ("Mustapha"), and d/b/a Chelmsford Sports Club (the "Club") (Mustapha and the Club together, "Defendants"). The Preliminary Injunction should be modified so that Defendants are (a) required to delete all references to, and restrained and enjoined from using, "CrossBox," "CrossKick, "CrossTrain," and "Fitness isn't a sport its [sic] a lifestyle" or substantially similar variations; (b) required to replace all references to "Fitness" with "fitness" when adjacent to "Cross" or any word containing the prefix "Cross"; and (c) restrained and enjoined from using "Fitness" when adjacent to "Cross" or any word containing the prefix "Cross."  In support of its motion, CrossFit respectfully refers the Court to its Memorandum of Law and the Affidavit of Zachary C. Kleinsasser filed simultaneously herewith.

**WHEREFORE**, CrossFit respectfully requests that its Motion to Modify Preliminary Injunction be allowed, and that the Court issue an order:  (a) requiring Defendants to delete all references to, and restraining and enjoining Defendants from using, "CrossBox," "CrossKick,

"CrossTrain," and "Fitness isn't a sport its [sic] a lifestyle" or substantially similar variations; (b) requiring Defendants to replace all references to "Fitness" with "fitness" when adjacent to "Cross" or any word containing the prefix "Cross"; and (c) restraining and enjoining Defendants using "Fitness" when adjacent to "Cross" or any word containing the prefix "Cross."

## REQUEST FOR ORAL ARGUMENT

CrossFit respectfully requests oral argument on this Motion to Modify Preliminary Injunction.

Respectfully Submitted,

CROSSFIT, INC.,
By its attorneys,


/s/ Zachary C. Kleinsasser
Victor H. Polk, Jr., BBO# 546099
polkv@gtlaw.com
Zachary C. Kleinsasser, BBO# 664291
kleinsasserz@gtlaw.com
Jessica Parker-Battle, BBO# 679362
parkerbattlej@gtlaw.com
Greenberg Traurig, LLP
One International Place
Boston, Massachusetts  02110
Tel: (617) 310-6000
Fax: (617) 310-6001

Dated:  February 25, 2014


## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Zachary C. Kleinsasser, hereby certify that counsel for CrossFit, Inc. conferred with opposing counsel in a good faith attempt to resolve or narrow the issues concerning this motion.

/s/ Zachary C. Kleinsasser

2

ATL 19643003v1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true copy of the above document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that paper copies will be sent to those indicated as non-registered participants on February 25, 2014.

/s/ *Zachary C. Kleinsasser*