**Terry Klein**
___

| | |
|---|---|
| **From:** | kleinsasserz@gtlaw.com |
| **Sent:** | Tuesday, March 11, 2014 12:26 PM |
| **To:** | boxer2323@gmail.com |
| **Cc:** | polkv@gtlaw.com |
| **Subject:** | discovery |

Mr. Mustapha –

1. Your responses to CrossFit's document requests were due last Friday.  We have not received anything.  Can you let me know when we can expect these materials?

2. Can you confirm that the depositions next week are going forward as scheduled?

Thanks –

Zack

Zack Kleinsasser
Associate
Greenberg Traurig, LLP | One International Place | Boston, MA 02110
Tel 617.310.6293 | Fax 617.897.0993
kleinsasserz@gtlaw.com | www.gtlaw.com

