UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROSSFIT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONNY MUSTAPHA, individually and )<br>d/b/a CROSSTRAIN SPORTS CLUB, f/k/a )<br>CHELMSFORD SPORTS CLUB, )<br>)<br>Defendant. )<br>) | Civil Action No.<br>13-11498-FDS |

MEMORANDUM AND ORDER ON
PLAINTIFF'S MOTION TO MODIFY PRELIMINARY INJUNCTION

SAYLOR, J.

This is an action for trademark infringement. Plaintiff CrossFit, Inc., is a Delaware corporation principally engaged in the business of developing fitness training and licensing fitness programs. Defendant Donny Mustapha runs the CrossTrain Sports Club in North Chelmsford, Massachusetts.[1]

On September 30, 2013, the Court issued a preliminary injunction against defendant's use of the "CrossFit" mark, including any substantially similar variation in connection with defendant's fitness training services. Subsequent to the Court's preliminary injunction, defendant began promoting fitness training classes that he refers to as "CrossBox," "CrossKick," and "CrossTrain." In addition, defendant changed the name of the fitness club from the Chelmsford Sports Club to the CrossTrain Sports Club. Defendant also began using the slogan,

---

[1] The CrossTrain Sports Club was formerly called the Chelmsford Sports Club.

"Fitness isn't a sport it's a lifestyle."

In response to defendant's actions, plaintiff has moved to modify the preliminary injunction so that defendant

(1) is required to delete all references to, and restrained and enjoined from using, "CrossBox," "CrossKick," "CrossTrain," and "Fitness isn't a sport it's a lifestyle" or substantially similar variations;

(2) is required to replace all references to "Fitness" with "fitness" when adjacent to "Cross" or any word containing the prefix "Cross"; and

(3) is restrained and enjoined from using "Fitness" when adjacent to "Cross" or any word containing the prefix "Cross."

The matter was referred to United States Magistrate Judge Judith Gail Dein pursuant to 28 U.S.C. § 636(b)(1). On August 4, 2014, the Magistrate Judge issued a Report and Recommendation recommending that the motion to modify the preliminary injunction be granted in part and denied in part. Specifically, the Magistrate Judge recommended that the defendant

(1) be required to delete any remaining references to, and be restrained and enjoined from using, "Fitness isn't a sport it's a lifestyle;" (2) be required to replace all references to "Fitness" with "fitness" when adjacent to "Cross"; and (3) be restrained and enjoined from using the word "Fitness" when adjacent to "Cross."

The Magistrate Judge recommended that the plaintiff's motion to modify the preliminary injunction otherwise be denied.

Plaintiff filed an objection to the recommendation. Specifically, plaintiff objected to the recommendation that defendant can continue to use "CrossBox," "CrossKick," and "CrossTrain," and "that [defendant] should be permitted to use the word 'Fitness' when adjacent to words containing the prefix 'Cross.'" (Pl.'s Objection 4).

Objections to a magistrate judge's report and recommendation are evaluated *de novo*. Fed. R. Civ. P. 72(b)(3). "The district judge may accept, reject, or modify the recommended

2

disposition; receive further evidence; or return the matter to the magistrate judge with instructions." *Id.*

Having reviewed the report and recommendation by the Magistrate Judge, the entire record, and plaintiff's objections, the Court will adopt the conclusions of the Magistrate Judge's Report and Recommendation. It appears that defendant has voluntarily stopped using the slogan, "Fitness isn't a sport it's a lifestyle." Nonetheless, that voluntary action does not moot the controversy or render the preliminary injunction unnecessary, as defendant could voluntarily resume the use of the slogan. The Report and Recommendation will therefore be adopted in its entirety.

Accordingly, and for the foregoing reasons,

1. The Report and Recommendation of the Magistrate Judge dated August 4, 2014, is ADOPTED.

2. Plaintiff's motion to modify the preliminary injunction is GRANTED in part and DENIED in part.

3. The preliminary injunction order is hereby modified as follows:

    (1) defendant shall delete any remaining references to, and be restrained and enjoined from using, "Fitness isn't a sport it's a lifestyle;"

    (2) defendant shall replace all references to "Fitness" (capitalized) with "fitness" (lower case) when adjacent to "Cross"; and

    (3) defendant is restrained and enjoined from using the word "Fitness" (capitalized) when adjacent to "Cross."

4. Any amended preliminary injunction order is filed herewith.

5. Plaintiff's motion to modify the preliminary injunction is otherwise DENIED.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: December 4, 2014