# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CROSSFIT, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. |
| v. ) | 13-11498-FDS |
| ) | |
| **DONNY MUSTAPHA, individually and** ) | |
| **d/b/a CROSSTRAIN SPORTS CLUB,** ) | |
| **f/k/a CHELMSFORD SPORTS CLUB,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT

**SAYLOR, J.**

In accordance with the Court's Memorandum and Order issued on February 11, 2016, granting in part and denying in part Crossfit's motion for entry of judgment in the above-entitled action, it is hereby ORDERED:

Judgment is entered for the plaintiff.  Plaintiff CrossFit, Inc. is awarded statutory damages pursuant to 15 U.S.C. § 1117(c) in the amount of $10,000.

Counts Two and Three are dismissed with prejudice.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: February 18, 2016                    United States District Judge